IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Newport News Division)

| | |
|---|---|
| **Unites States of America /f/u/b** ) | |
| **CRENSHAW PLUMBING CO., LLC** ) | Case No. 4:17-cv-00006-MSD |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **LEEBCOR SERVICES, LLC, et. al.** ) | |
| ) | |
| **Defendants** ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), and no answer or motion for summary judgment having been filed by any of the defendants in this action, Crenshaw Plumbing, LLC submits this notice of dismissal and hereby dismisses this action WITHOUT PREJUDICE.

Respectfully submitted,

/s/ Thomas R. Lynch
Thomas R. Lynch (VSB 73158)
Bradley Arant Boult Cummings LLP
1615 L Street, NW, Suite 1350
Ph: (202) 719-8228
Fax: (202) 719-8328
Email: tlynch@bradley.com
Washington, DC 20036
*Counsel for Crenshaw Plumbing, LLC*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of May 2017, a true and correct copy of the foregoing was served on the following counsel of record via the Court's CM/ECF system:

      Thomas Andrew Coulter
      David Sutton Hirschler, III
      LeClair Ryan PC (Richmond)
      919 East Main Street, 24th Floor
      Richmond, VA 23219
      (804) 783-2003
      Email: thomas.coulter@leclairryan.com
      *Counsel for Defendants*

                /s/ THOMAS R. LYNCH
                THOMAS R. LYNCH (VSB 73158)
                BRADLEY ARANT BOULT CUMMINGS LLP
                1615 L STREET, NW, SUITE 1350
                PH: (202) 719-8228
                FAX: (202) 719-8328
                EMAIL: TLYNCH@BRADLEY.COM
                WASHINGTON, DC 20036
                *COUNSEL FOR CRENSHAW PLUMBING, LLC*